UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 16-11041 |
| COASTAL DEVELOPMENT GROUP, LLC | SECTION "B" |
| DEBTORS | CHAPTER 7 |

ORDER AUTHORIZING EMPLOYMENT OF
STEWART ROBBINS & BROWN, LLC
AS COUNSEL FOR TRUSTEE

Upon consideration of the *Ex Parte* Application for Order Pursuant to 11 U.S.C. §327 and 328, Authorizing the Employment of Stewart Robbins & Brown, LLC as Counsel for Ronald J. Hof, (the "Trustee") (the "Application"), filed by the Trustee; and upon the accompanying Verified Statement of Paul Douglas Stewart, Jr., a member of the firm of Stewart Robbins & Brown, LLC (the "Stewart Statement") [**P-3**]; and the Court being satisfied based on the representations made in the Application and the Stewart Statement that said attorneys are disinterested and represent no interest adverse to the Debtor's estate or with any creditors with respect to the matters upon which they are to be engaged, and that the employment of Stewart Robbins & Brown, LLC is necessary and would be in the best interests of the Trustee and this estate; and such application appearing well-founded and appropriately heard *ex parte*; and good and sufficient cause appearing therefore;

IT IS ORDERED that the Application is granted;

IT IS FURTHER ORDERED that the Trustee is hereby authorized to employ and retain Stewart Robbins & Brown, LLC as its counsel in this case upon the terms and conditions set forth in the Application, retroactive to May 9, 2016, the date the Application was filed;

IT IS FURTHER ORDERED that Stewart Robbins & Brown, LLC shall be compensated in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the local rules and orders of this Court, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, and such procedures as may be fixed by order of this Court; and

IT IS FURTHER ORDERED that counsel for the Trustee shall serve this Order on the required parties who will not receive notice through the ECF System pursuant to the Bankruptcy and Local Rules and file a Certificate of Service to that effect within three (3) business days.

New Orleans, Louisiana, May 12, 2016.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge