ATTACHMENT IV

## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 §341 MEETING
### DATE: 06/09/16 01:00pm

IN RE:

**COASTAL DEVELOPMENT GROUP, LLC**   CASE NO. 16-11041B

**APPEARANCES**:

( ) DEBTOR 1                                          ( ) DEBTOR 2 (Wife in Joint Cases)

   ( ) Required picture I.D. produced           ( ) Required picture I.D. produced

   ( ) Required SSN verification produced     ( ) Required SSN verification produced

   ( ) Pay advices received                          ( ) Pay advices received

Abuse / No Abuse designation is ( ) accurate ( ) inaccurate

because _____

_____

Credit counseling certificate ( ) filed ( ) not filed

Tax returns received for _____(years) on _____

Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)

(✓) DEBTOR'S REPRESENTATIVE _Darlen Magneer, Manager_

(✓) ATTORNEY FOR DEBTOR(S):   ROBIN R. DELEO

( ) DEBTOR(S) APPEARED PRO SE

    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?

    YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:

    (✓) HELD

    or

    ( ) NOT HELD

    or

    ( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____, 20____ AT _____ O'CLOCK ____.M.

YES (X) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.

CREDITOR(s) _Daniel Lewy re: Read, Allen + Plunket_

DEBTOR(s) REQUIRED TO:

( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.

( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:

~~None~~ _3 lots in Oakridge Subdivision, Covington, LA_

ADDITIONAL NOTES: _Investigate claims by debtor_

DATED:  06/09/16            TRUSTEE _[signature]_

Track # __3__   or   Tape # ____ Side ____ Counter/Start # ____