UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 16-11041 |
| COASTAL DEVELOPMENT GROUP, LLC | SECTION "B" |
| DEBTOR | CHAPTER 7 |

### *EX PARTE* MOTION FOR EXAMINATION OF NOAH FLOM PURSUANT TO RULE 2004

### EXHIBIT "A"

(1) Any and all documents, including, but not limited to, bank records evidencing transmittal, related to funds you ("Noah Flom", "Flom", "you", "your") lent to Coastal Development Group, LLC ("CDG") and the repayment of which is secured by a mortgage on CDG's immovable property for which you were entitled to enforce as of May 2, 2016.

(2) Any and all documents, including, but not limited to, bank records evidencing transmittal, related to funds CDG remitted to you as payment in partial or full satisfaction of any mortgage and underlying promissory note for which you were entitled to enforce as of May 2, 2016.

(3) Any and all documentation evidencing CDG's purported debt to you, including, but not limited to, a copy of any underlying promissory notes, mortgages, and other security documents.

