UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                                              CASE NO. 16-11041

COASTAL DEVELOPMENT GROUP, LLC                      SECTION "B"

DEBTOR                                              CHAPTER 7

CERTIFICATE OF SERVICE

I hereby certify that a copy of the following pleading:

*Ex Parte Motion for Examination of Noah Flom Pursuant to Rule 2004*;

was served on **June 28, 2016,** on the following parties in the following manner:

1.      Those parties who have consented to service through the Court's Electronic Case Filing System were served through that system, as per the *Notice of Electronic Case Filing* attached hereto as **Exhibit "A."**

2.      The party listed below via United States mail, postage prepaid and addressed to:

Noah Flom
1047 Ocean Avenue
Seal Beach, CA  90740

Baton Rouge, Louisiana, this 28th day of June, 2016.

Respectfully Submitted,

STEWART ROBBINS & BROWN, LLC
620 Florida Street, Suite 100
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:     /s/ Brooke W. Altazan
        Paul Douglas Stewart, Jr. (La. #24661)
        dstewart@stewartrobbins.com
        Brooke W. Altazan (La. #32796)
        baltazan@stewartrobbins.com

        *Counsel for Ronald J. Hof, Chapter 7 Trustee for the Bankruptcy Estate of Coastal Development Group, LLC*

## EXHIBIT "A"

## NOTICE OF ELECTRONIC CASE FILING

## File a Motion:

16-11041 Coastal Development Group, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (New Orleans) |
| Assets: n | Judge: JAB | Case Flag: DECLECFRcv |

### U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from A. Brooke Watford Altazan entered on 6/28/2016 at 10:14 AM CDT and filed on 6/28/2016

**Case Name:**        Coastal Development Group, LLC
**Case Number:**    16-11041
**Document Number:** 9

**Docket Text:**
Ex Parte Motion for 2004 Examination *of Noah Flom* Filed by A. Brooke Watford Altazan of Stewart Robbins & Brown, LLC on behalf of Ronald J. Hof (Attachments: # (1) Exhibit Exhibit A # (2) Exhibit Exhibit B) (Altazan, A. Brooke)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Motion for 2004 Exam of Noah Flom.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=6/28/2016] [FileNumber=9580640-0]
[18744cc20424fd826f62c1aca8596d4be48efd8ece6f1ec2b97550154fc8fba2fdd4
eea290adb2cce6f48b2bbd8ea9aea5f73daa6befbd0cae41b4ba662de52b]]
**Document description:** Exhibit Exhibit A
**Original filename:** Exhibit A to Motion for 2004 Exam of Noah Flom.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=6/28/2016] [FileNumber=9580640-1]
[6f7a261b3a4ae07996f0a07b69d433206db424956d01fb59167148b69807045e6a62
fd506fa8f12b6210b9f91a70b1936b2710c4d09ce111fab33763ee30dacd]]
**Document description:** Exhibit Exhibit B
**Original filename:** Exhibit B to Motion for 2004 Exam of Noah Flom.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=6/28/2016] [FileNumber=9580640-2]
[799cc902ead65a83287e276602f0bdc75f7ff55698002ac8ca2d949b3e7177360204
22621046320df06f37f52fe3b65ca4219f9ffc6fd24a8955cb836e8c4fb3]]

### 16-11041 Notice will be electronically mailed to:

A. Brooke Watford Altazan on behalf of Trustee Ronald J. Hof
baltazan@stewartrobbins.com, jdelage@stewartrobbins.com;kheard@stewartrobbins.com

Robin R. DeLeo on behalf of Debtor Coastal Development Group, LLC
jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com

Ronald J. Hof

la44@ecfcbis.com

Paul Douglas Stewart, Jr. on behalf of Trustee Ronald J. Hof
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;baltazan@stewartrobbins.com;kheard@stewartrobbins.com;library@stewartrobbins.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**16-11041 Notice will not be electronically mailed to:**