UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                                                    CASE NO. 16-11041

COASTAL DEVELOPMENT GROUP, LLC                            SECTION "B"

DEBTOR                                    CHAPTER 7

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the following pleading:

*Order Granting Ex Parte Motion for Examination of Noah Flom Pursuant to Rule 2004*;

was served on **July 14, 2016,** on the following parties in the following manner:

1.     Those parties who have consented to service through the Court's Electronic Case Filing System were served through that system, as per the *Notice of Electronic Case Filing* attached hereto as **Exhibit "A."**

2.     Those parties listed on the mailing matrix attached as **Exhibit "B"** via United States mail, postage prepaid and addressed.

3.     The party listed below via certified United States mail, postage prepaid and addressed to:

Noah Flom
1047 Ocean Avenue
Seal Beach, CA  90740

Baton Rouge, Louisiana, this 14th day of June, 2016.

<u>Signature page to follow</u>:

Respectfully Submitted,

**STEWART ROBBINS & BROWN, LLC**
620 Florida Street, Suite 100
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:    /s/ Brooke W. Altazan
     Paul Douglas Stewart, Jr. (La. #24661)
     dstewart@stewartrobbins.com
     Brooke W. Altazan (La. #32796)
     baltazan@stewartrobbins.com
     ***Counsel for Ronald J. Hof, Chapter 7 Trustee for***
     ***the Bankruptcy Estate of Coastal Development***
     ***Group, LLC***

## EXHIBIT "A"

| | |
|---|---|
| **From:** | CMECF_LAEB@laeb.uscourts.gov |
| **Sent:** | Thursday, July 14, 2016 8:07 AM |
| **To:** | LAEBCourtMail@laeb.uscourts.gov |
| **Subject:** | (Ch 7) 16-11041 Order on Motion for Examination |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Donelon, G entered on 7/14/2016 at 8:07 AM CDT and filed on 7/14/2016

| | |
|---|---|
| **Case Name:** | Coastal Development Group, LLC |
| **Case Number:** | 16-11041 |
| **Document Number:** | 11 |

**Docket Text:**
Order Granting Motion for 2004 Examination IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)[9] Motion for 2004 Examination filed by Trustee Ronald J. Hof) Signed on July 13, 2016. (Donelon, G)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** L:\32-48\16-11041 Order EKA.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=7/14/2016] [FileNumber=9604820-0]
[9b4eb00df47e482563e07445a565782311223a7e412f09d11d41069e47cebb7edbef
a1442d20d127d57d5be497e71992c0bcb22189b3dcac89caf0f044cfd81f]]

**16-11041 Notice will be electronically mailed to:**

A. Brooke Watford Altazan on behalf of Trustee Ronald J. Hof
baltazan@stewartrobbins.com, jdelage@stewartrobbins.com;kheard@stewartrobbins.com

Robin R. DeLeo on behalf of Debtor Coastal Development Group, LLC

jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com

Ronald J. Hof
la44@ecfcbis.com

Paul Douglas Stewart, Jr. on behalf of Trustee Ronald J. Hof
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;baltazan@stewartrobbins.com;kheard@stewartrobbins.com;library@stewartrobbins.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**16-11041 Notice will not be electronically mailed to:**

**EXHIBIT "B"**

Label Matrix for local noticing
053L-2
Case 12-10177
Eastern District of Louisiana
New Orleans
Thu Jul 14 13:39:53 CDT 2016

Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139-4596

Hill Rivers Services LLC
2201 St. Joseph Lane
Harvey, LA 70058-3528

Regions Bank
201 Milan Parkway
Birmingham, AL 35211-6946

Regions Equipment Finance Corporation
1900 Fifth Avenue, Suite 2400
Birmingham, AL 35203-2610

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

BNA Marine Services
PO Box 150
Morgan City, LA 70381-0150

Brymar Marine, LLC
24180 Robali Bush
Bush, LA 70431

Chex Systems, Inc.
Attn:   Consumer Relations
7805 Hudson Road
STE 100
Saint Paul, MN 55125-1703

Clifton Hill, Jr.
c/o Robert L. Marrero, Esq.
3520 General DeGaulle Drive
Suite 1035
New Orleans, LA 70114-4021

Custom Abrasives, LLC
1002 Gemini St., Ste. 121
Houston, TX 77058-2788

Donovan Marine, Inc.
Dept AT 952532
Atlanta, GA 31192-2532

Dry Dock Leasing LLC
24 Heritage Drive
Marrero, LA 70072-5033

Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374-0241

Experian
Business Info Services
Costa Mesa, CA 92626

Express Supply & Steel, LLC
PO Box 679
Lockport, LA 70374-0679

General Mill Supplies, Inc.
751 Hill St.
New Orleans, LA 70121-1017

Gulfland Office
PO Box 2665
Morgan City, LA 70381-2665

IRS
PO Box 7346
Philadelphia, PA 19101-7346

InMar Services LLC
2201 St. Joseph Lane
Harvey, LA 70058-3528

KIEF Hardware
16230 Hwy 3235
Cut Off, LA 70345-3575

Larose Intracoastal Land, Inc.
PO Box 267
Larose, LA 70373-0267

Louisiana Department of Revenue
P. O. Box 66362
Baton Rouge, LA 70896-6362

National Welding Supply
PO Box 9786
New Iberia, LA 70562-9786

Rebstock Supply Co., Inc.
18708 W. Main St.
Galliano, LA 70354-4001

Regions Bank
c/o John Duck
Adams and Reese, LLP
701 Poydras St, Ste 4500
New Orleans, LA 70139-4596

Regions Equipment Finance Corporation
c/o Robin Raymond, PAM/SLD-Workout
201 Milan Pkwy., Regions Operations Ctr.
Birmingham, AL 35211

Rogers Parts, Inc.
PO Box 340
Lockport, LA 70374-0340

SWDI-IESI
1748 Coteau Rd.
Houma, LA 70364-3515

South Lafourche Tool & Rental
13872 West Main
Larose, LA 70373-3090

Tax Collector/Sheriff
701 N Columbia St.
Parish of St. Tammany Courthouse
Covington, LA 70433-2760

Tim Rivers
1012 Marvin Court
Harvey, LA 70058-4914

Timothy Rivers
Through Counsel Taylor Mouledoux
Slattery, Marino & Roberts
1100 Poydras St. Suite 1800
New Orleans, LA 70163-1800


TransUnion
2 Baldwin Place
Chester, PA 19022-1370

United States Trustee
Texaco Center
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

Vision Communication
115 West 10th Blvd.
Larose, LA 70373


Vision Communications
PO Box 61042
New Orleans, LA 70161-1042

Yellow Local Directory
1940 Duke Street, Ste. 200, #100
Alexandria, VA 22314-3452

J. Edward Perron Jr.
3528 Shellie Street
Metairie, LA 70002-1565


Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

Robin R. DeLeo
800 Ramon St
Mandeville, LA 70448-5035

Ronald J. Hof
9905 Jefferson Hwy.
River Ridge, LA 70123-2530


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BNA Marine Services, LLC
PO Box 150
Morgan City, LA 70381-0150

(d)Regions Bank
201 Milan Parkway
Birmingham, AL 35211-6946

(d)Regions Equipment Finance Corporation
1900 Fifth Avenue, Suite 2400
Birmingham, AL 35203-2610


(d)Clifton Hill Jr.
c/o Robert L. Marrero, Esq.
3520 General DeGaulle Drive
Suite 1035
New Orleans, LA 70114-4021

End of Label Matrix
Mailable recipients     41
Bypassed recipients      4
Total                   45