Form oclsdsc7

# UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana

In re

Coastal Development Group, LLC

Debtor(s)

Case No.: 16–11041

Chapter: 7

### ORDER APPROVING TRUSTEE'S REPORT, DISCHARGING TRUSTEE, AND CLOSING CASE

The estate having been fully administered,

**IT IS ORDERED**:

1. The Trustee's report is approved.

2. The Trustee is discharged as trustee of the estate and his/her bond is cancelled.

3. The case is closed.

Dated: 7/10/17

*J. A. Brown*

UNITED STATES BANKRUPTCY JUDGE